# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
*jp@jpittell.com*

*Long Island Office*
14 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
*jp@jpittell.com*

January 6, 2020

**MEMO ENDORSED**

Hon. Kenneth M. Karas
U.S. District Court
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *U.S. v. Knowles, et al [Tyree Hughes]   11 cr 630 (KMK)*
      Violation of Supervised Release

Dear Judge Karas:

I am counsel for *Tyree Hughes* in the above referenced matter.

Currently, the case is scheduled for a court appearance on January 7, 2020. However, when the date was case set during the last court appearance, I mistakenly calendared it for January 3, 2020.

I have scheduling conflicts which prevent me for appearing on January 7th. Accordingly, subject to the Court's availability, I respectfully request the matter be adjourned to January 28, 2020. I have conferred with the Government and Probation. They consent to this request and are available on this date.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   AUSA Benjamin Gianforti
      USPO Kevin Mulcahy
      Tyree Hughes

Granted.
Sentence is adjourned to 2/28/20, at 10:00.
So Ordered.
KMK
1/7/20