MEMO ENDORSED

# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**14 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

March 20, 2020

Hon. Kenneth M. Karas
U.S. District Court
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *U.S. v. Knowles, et al [Tyree Hughes]  11 cr 630 (KMK)*
       Violation of Supervised Release

Dear Judge Karas:

    I am counsel for *Tyree Hughes* in the above referenced matter.

    Currently, the case is scheduled for a court appearance on April 3, 2020. At this point, it appears unlikely that the proceeding will be able to go forward.

    Accordingly, subject to the Court's availability, I respectfully request the matter be adjourned to the week of May 11, 2020 (except May 14, 2020) at any time after 11 a.m. I have conferred with the Government and Probation. They consent to this request.

                      Respectfully submitted,
                        /s/
                      Jeffrey G. Pittell

cc:   AUSA Benjamin Gianforti
       AUSA Jeffrey Steimel
       USPO Kevin Mulcahy
       Tyree Hughes

Granted.
The 4/3/20 conference is adjourned to 5/21/20, at 10:30

So Ordered

KMK
3/23/20