**MEMO ENDORSED**

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
14 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

May 13, 2020

Hon. Kenneth M. Karas
U.S. District Court
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *U.S. v. Knowles, et al [Tyree Hughes]*  11 cr 630 (KMK)
      Violation of Supervised Release

Dear Judge Karas:

I am counsel for *Tyree Hughes* in the above referenced matter.

Currently, the case is scheduled for a court appearance on May 19, 2020. Due to the ongoing Pandemic, I respectfully request the matter be adjourned for approximately sixty days to the week of July 20, 2020 (except July 22, 2020) for any time after 11 a.m.

I have conferred with the Government and Probation. They consent to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   AUSA Benjamin Gianforti
      AUSA Jeffrey Steimel
      USPO Kevin Mulcahy
      Tyree Hughes

Granted. The Court will hold a conference on 7/14/20 at 1:30 pm

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.
5/14/20